AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

Vick S. Deer,

        Plaintiff

vs.

Walker Patterson Inman, Jr.,

        Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:06-1715 DCN

**Decision by Court.** This action came to a hearing before the Court, the Honorable David C. Norton presiding. The issues have been duly heard and a decision has been duly rendered.

      **IT IS ORDERED AND ADJUDGED** that the defendant's, Walker Patterson Inman Jr, motion to abstain from exercising jurisdiction is GRANTED, and the action is DISMISSED.

LARRY W. PROPES, Clerk

By: *Lisa Richburg*

Deputy Clerk

November 7, 2006